UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLAN FLAKE,<br><br>        Defendant. | CR-07-0023-LRS<br><br>Order Granting United States' Motion To Quash Summons And Order Directing Issuance Of Arrest Warrant |

BEFORE THE COURT is the United States' Motion **(Ct. Rec. 5)** for an order quashing the Summons issued in the above-entitled action and for an order directing issuance of an Arrest Warrant. The court having considered the Motion and the court being fully advised in the premises,

**IT IS ORDERED** the Motion is **GRANTED.** The Summons in this matter shall be quashed.

**IT IS FURTHER ORDERED** that the Clerk of the Court issue a Arrest Warrant for the Defendant, Allan Flake.

DATED February 8, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order - 1
07cr023lrs-2-8-2.wpd