PROB 12B
(7/93)

Report Date: June 9, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 9 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Allan Flake                    Case Number: 2:07CR00023-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 11/16/2007            Type of Supervision:  Supervised Release

Original Offense: Distribution/Receipt of Child Pornography and Forfeiture Count, 18 U.S.C. § 2262A(a)(2)(A)

Date Supervision Commences: 07/01/2011

Original Sentence: Prison - 60 Months; TSR - 60 Months

Date Supervision Expires: 06/30/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On March 10, 2011, the Spokane Residential Reentry Center (RRC), received the offender at their facility as a Bureau of Prisons' (BOP) transfer. The offender's supervised release will commence on July 1, 2011. Mr. Flake has not been able to secure employment to date, in order to obtain appropriate housing.

On June 8, 2011, this officer met with the offender at the RRC. Mr. Flake signed the "Waiver of Hearing to Modify Conditions of Supervised Release," to add the special condition that he reside at the RRC for up to 180 days. He understands the rationale behind this condition.

Prob 12B
Re: Flake, Allan
June 9, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/09/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

6/9/11
Date

Case 2:07-cr-00023-LRS   Document 49   Filed 06/09/11

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____    Signed: _____
Brenda J. Kuest                                              Allan Flake
U.S. Probation Officer                              Probationer or Supervised Releasee

June 8, 2011
Date