PROB 12B
(7/93)

Report Date: October 11, 2011

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Allan Flake        Case Number: 2:07CR00023-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 11/16/2007        Type of Supervision: Supervised Release

Original Offense: Distribution/Receipt of Child Pornography and Forfeiture Count, 18 U.S.C. § 2252A(a)(2)(A)        Date Supervision Commenced: 7/1/2011

Original Sentence: Prison - 60 Months; TSR - 60 Months        Date Supervision Expires: 6/30/2016

## PETITIONING THE COURT

To add special condition #24 of supervision to include as follows:

26    Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the defendant is residing at their facility.

## CAUSE

On October 5, 2011, this officer met with the offender and his sex offender therapist. The offender realized he would not be allowed to release to his ex-wife's house due to the fact that a child lives next door, and his instant offense was committed at this residence. Additionally, Mr. Flake's work hours will be reduced by his employer. As a result, the offender will need to save all of his earned income to apply toward rental application fees, damage deposit, and first and last months rent, as well as acquiring household items for his apartment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/11/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_10/11/11_____
Date