Case 2:07-cr-00023-LRS   Document 53   Filed 12/14/11

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 14 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

December 14, 2011

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO Spokane

The Honorable Lonny R. Suko
U.S. District Judge
Eastern District of Washington
Spokane, WA 99210

RE: FLAKE, ALLAN
DOCKET NO: 2:07CR00023-001
**REQUEST FOR RELEASE**

Dear Judge Suko:

On June 9, 2011, this officer submitted a report to the Court. At that time, the offender had not been able to secure employment while he was a Bureau of Prisons' (BOP) inmate at the residential reentry center (RRC), in Spokane, Washington. As a result, this officer requested that the offender's conditions of supervision be modified to continue placement at the residential reentry center.

On June 9, 2011, the Court ordered that the following special condition be added to include the following:

You shall reside at a residential reentry center (RRC), for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Since July 2011, this officer has been working closely with the offender and his sex offender therapist, Ed Averett, to redirect noncompliant behaviors with Mr. Flake. This officer has submitted supervision/violation reports to the Court on September 7, October 11, and October 13, 2011.

Mr. Flake has struggled to maintain consistent employment. On December 12, 2011, this officer contacted the employment specialist at the RRC. He indicated the offender has not secured employment as of this date. It should be noted, Mr. Flake was previously employed

FLAKE, Allan
December 13, 2011
Page 2

at Northwest Plant Healthcare. This employment was seasonal and it is anticipated Mr. Flake will be re-hired by this company in February 2012.

Allan Flake was directed by the undersigned officer to save money to assist him in maintaining his apartment in Spokane. Allan Flake did not meet this requirement. As a result, the offender will remain at the RRC for the entire 6 months until his release date on December 21, 2011.

It is respectfully recommended that Mr. Flake be released from his full term 6-month public law placement at the RRC on December 21, 2011.

                      Respectfully submitted,

                      s/Brenda J. Kuest    12/14/2011
                      Brenda J. Kuest        Date
                      Drug & Alcohol Treatment Specialist
                      U.S. Probation Officer

Approved By:

s/M.D. Elvin        12/14/2011
M.D. Elvin        Date
Deputy Chief U.S. Probation Officer

BJK:wh

THE COURT ORDERS

[ ]  No Action
[X]  Release from RRC Placement
[ ]  Other

                      Signature of Judicial Officer

                      12/14/11
                      Date